1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  DAVID D. PIPER, CASB No. 179889
   david.piper@kyl.com
3  BRIAN M. BOHN, CASB No. 279469
   brian.bohn@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
6  Telephone:    (562) 436-2000
   Facsimile:     (562) 436-7416
7
8  Attorneys for Defendant
9  JPMORGAN CHASE BANK, N.A., as acquirer of
   certain assets and liabilities of Washington Mutual
10 Bank from the Federal Deposit Insurance
   Corporation, as Receiver for Washington Mutual
11 Bank, erroneously sued as "JPMORGAN CHASE
   BANK, N.A., a successor to WASHINGTON
12 NATIONAL BANK"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. BADAME and DIANE M. BADAME,<br><br>  Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, A SUCCESSOR TO WASHINGTON NATIONAL BANK, and DOES 1 to 100, Inclusive,<br><br>  Defendants. | Case No. CV 13-5425 PA (FFMx)<br><br>**NOTICE OF DECERTIFICATION OF ASPIRAS OPINION**<br><br>MSJ Date:   February 10, 2014<br>MSJ Time:   1:30 p.m.<br>MSJ Place:   CR 15<br><br>Discovery Cutoff:   February 3, 2014<br>Motion Cutoff:       February 10, 2014<br>Trial Date:              April 15, 2014 |

TO THIS COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in the interest of counsel's and party's duties of full disclosure to the Court and opponent party, Defendant JPMorgan Chase Bank, N.A. ("Chase") states the following:

On January 10, 2014, Chase filed its Motion for Summary Judgment, which is set to be heard on February 10, 2014. (Def. MSJ, ECF No. 40.) One authority relied on by Chase in its moving papers is *Aspiras v. Wells Fargo Bank, N.A.*, 219 Cal. App. 4th 948 (2013) ("*Aspiras*"). On January 15, 2014, after Chase had filed its Motion, the California Supreme Court, in denying plaintiff Henry Aspiras's petition for review, ordered *Aspiras* decertified for publication. *See Aspiras v. Wells Fargo Bank, N.A.*, 219 Cal. App. 4th 948 (2013). Accordingly, pursuant to Chase's duty of full disclosure, Chase hereby notices the decertification of *Aspiras*.

DATED:  January 22, 2014         /s/ BRIAN M. BOHN _____
                                 TERRY ROSS
                                 DAVID D. PIPER
                                 BRIAN M. BOHN
                                 KEESAL, YOUNG & LOGAN
                                 Attorneys for Defendant
                                 JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, erroneously sued as "JPMORGAN CHASE BANK, N.A., a successor to WASHINGTON NATIONAL BANK"