JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BADAME and DIANE BADAME,<br><br>    Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK from the FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for WASHINGTON MUTUAL BANK, and DOES 1-100, inclusive,<br><br>    Defendants. | CV 13-5425 PA (FFMx)<br><br>JUDGMENT |

    Pursuant to the Court's February 13, 2014 Minute Order granting the Motion for Summary Judgment filed by defendant JP Morgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank ("Chase"), which granted summary judgment to Chase on all claims asserted by plaintiffs James Badame and Diane Badame (collectively "Plaintiffs"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Chase shall have judgment in its favor against Plaintiffs.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims
2 are dismissed with prejudice.
3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
4 nothing and that Chase shall have its costs of suit.
5   IT IS SO ORDERED.

7 DATED: February 13, 2014    _____
                                            Percy Anderson
8                                   UNITED STATES DISTRICT JUDGE